# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| RENALD & CATHERINE ANELLE, *et al.*, | ) | CASE NO. 4:01-CV-2027 |
| | ) | |
| Plaintiffs, | ) | JUDGE PETER C. ECONOMUS |
| | ) | |
| v. | ) | |
| | ) | |
| INFOTOPIA, INC., *et al*,. | ) | **PLAINTIFF'S MOTION FOR** |
| | ) | **ADMISSION *PRO HAC VICE* FOR** |
| Defendants. | ) | **MARK S. ARISOHN** |
| | ) | |

Plaintiffs Renald and Catherine Anelle, et al. ("Plaintiffs"), by and through counsel and pursuant to Local Rule 83.5(h) of the United States District Court for the Northern District of Ohio, move this Court for the *pro hac vice* admission of Mark S. Arisohn of the law firm of Goodkind Labaton Rudoff & Sucharow LLP, to appear and participate in this matter as co-counsel for Plaintiffs.

An affidavit in support of Mr. Arisohn's *pro hac vice* admission is attached and incorporated by reference herein.

Respectfully submitted,

OF COUNSEL:

HAHN LOESER & PARKS LLP

 /s/ Arthur M. Kaufman
Arthur M. Kaufman (#0017724)

3300 BP Tower
200 Public Square
Cleveland, Ohio 44114-2301

Phone: 216-621-0150
Fax:    216-241-2824
E-mail:  amkaufman@hahnlaw.com

CLE - 693239.1

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion for Admission *Pro Hac Vic*e was filed electronically. Notice of this filing will be sent to all other counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Arthur M. Kaufman
One of the Attorneys for Plaintiff

CLE - 693239.1