# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| RENALD & CATHERINE ANELLE, ET AL. ) | CASE NO. 4:01-CV-2027 |
| ) | |
| Plaintiffs, ) | JUDGE PETER C. ECONOMUS |
| ) | |
| v. ) | |
| ) | |
| INFOTOPIA, INC., ET AL. ) | **AFFIDAVIT OF MARK S. ARISOHN** |
| ) | |
| Defendants. ) | |
| ) | |

STATE OF NEW YORK  )
                   )ss:
COUNTY OF NEW YORK )

MARK S. ARISOHN, being first duly sworn, deposes and states as follows:

1. I am a member of the law firm of Goodkind Labaton Rudoff & Sucharow LLP, 100 Park Avenue, New York, New York 10017.

2. I am currently a member in good standing of the bars of the following courts: New York State; United States District Courts for the Southern District of New York, Eastern District of New York, Northern District of New York, and Northern District of Texas; United States Court of Appeals for the Second Circuit and the United States Supreme Court.

3. I have been admitted to the New York Bar since April 16, 1973.

4. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

5.  I have read and acknowledged the local rules of the United States District Court for the Northern District of Ohio.

6.  I represent the Plaintiffs and I am associated with Arthur M. Kaufman of the law firm of Hahn Loeser & Parks LLP in this matter.

7.  If I am admitted to practice before this Court, I will conduct myself in accordance with the rules governing the conduct of attorneys admitted to practice with this Court.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Mark S. Arisohn

SWORN TO BEFORE ME and subscribed in my presence this 31 day of October, 2001.

_____
NOTARY PUBLIC

JOSEPH H. EINSTEIN
NOTARY PUBLIC, State of New York
No. 02EI1091825
Qualified in Westchester County
Commission Expires April 30, 20 03